## 53379. DIXIE YARNS, INC. v. WILLIAMS.

ARGUED FEBRUARY 15, 1977 — DECIDED FEBRUARY 24, 1977.

*Savell, Williams, Cox & Angel, Andrew Robert Greene, Jr.,* for appellant.

*Brown, Harriss, Hartman & Ruskaup, Don L. Hartman,* for appellee.

DEEN, Presiding Judge.

1. The trial court did not err in affirming the findings of fact and award of the state board of workmen's compensation. *Manufacturer's Cas. Co. v. Badgett,* 93 Ga. App. 449 (91 SE2d 861).

2. Notice to the employer-appellant was sufficient. *Schwartz v. Greenbaum,* 236 Ga. 476 (224 SE2d 38).

*Judgment affirmed. Webb and Marshall, JJ., concur.*